IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NIKI STRICKLAND     PLAINTIFF

v.     CIVIL ACTION NO. 1:25-CV-26-SA-DAS

MABUS, LLC     DEFENDANT

## ORDER

On January 21, 2026, the Court entered an Order to Show Cause [28], wherein it advised Jane Watson, Louis Watson, and Nick Norris of its intent to disqualify them from further representation of the plaintiff in this case. The reason for that proposed sanction is articulated in the Order to Show Cause [28]. The Court provided counsel 14 days to respond.

In their Response [29], Jane Watson and Louis Watson advise the Court that they accept the Court's proposed sanction. In his Response [30], Norris notes that he does not object to disqualification and has "offered to assist Plaintiff with finding other counsel and has already contacted one counsel with Plaintiff's permission." [30] at p. 1.

The Court hereby DISQUALIFIES Jane Watson, Louis Watson, and Nick Norris from further participation in this case. The Court will provide the plaintiff a period of 60 days to either have new counsel enter an appearance on her behalf or notify the Court in writing of her intent to proceed *pro se*.

In light of the foregoing, the Court finds it appropriate to TERMINATE the pending Motion to Compel Arbitration [10]. The Court will afford Mabus an opportunity to renew that request once new counsel enters an appearance on Strickland's behalf or she advises the Court of her intent to proceed *pro se*.

The Motions to Withdraw [26, 27] are also TERMINATED. The case remains STAYED at this time.

SO ORDERED this the 5th day of February, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE